U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

SEP 1 0 2007

ROBERT H. SHEMWELL, CLERK
BY _____

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MARCUS VERNELL COLEMAN** | : | **DOCKET NO. 2:07-cv-111** |
| VS. | : | **JUDGE TRIMBLE** |
| TONY MANCUSO, ET AL. | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that plaintiff's civil rights complaint be DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 7 day of Sept, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE